

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2015

No. 04-15-00752-CV

**IN RE: GUARDIANSHIP OF HATTIE POOLE, AN ADULT**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2014-PC-4118
Honorable David Peeples, Judge Presiding

# O R D E R

Appellants have filed a motion for temporary relief, requesting that we stay the underlying trial court proceedings pending the determination of this appeal. We order appellees to file a response to the motion on or before December 18, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court